**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Alexander Pastene, Appellant,

v.

Thomas Trobough, Mr. & Mrs. Norman Ginsburg, W. Richard Beetle and Country Club of Hilton Head, Respondents.

Appellate Case No. 2014-000148

Appeal From Beaufort County
J. Ernest Kinard, Jr., Circuit Court Judge,
Carmen T. Mullen, Circuit Court Judge,
Marvin H. Dukes, III, Master-in-Equity

Unpublished Opinion No. 2016-UP-080
Submitted December 1, 2015 – Filed February 24, 2016

**AFFIRMED**

Alexander Pastene, pro se.

Terry A. Finger, of Finger, Melnick & Brooks, P.A., of Hilton Head Island, for Respondents Thomas Trobough and Mr. & Mrs. Norman Ginsburg.

Mary Bass Lohr, of Howell Gibson & Hughes, PA, of Beaufort, for Respondents Country Club of Hilton Head and W. Richard Beetle.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *First Sav. Bank v. McLean*, 314 S.C. 361, 363, 444 S.E.2d 513, 514 (1994) (stating an appellant is deemed to have abandoned an issue when he "fails to provide arguments or supporting authority for his assertion"); *Mulherin-Howell v. Cobb*, 362 S.C. 588, 600, 608 S.E.2d 587, 593-94 (Ct. App. 2005) ("[W]e note the [appellant] failed to cite any supporting authority for [its] position. Further, all arguments made are merely conclusory statements. Concomitantly, the [appellant] abandoned the issue on appeal and it need not be addressed by this court."); *Tirado v. Tirado*, 339 S.C. 649, 655, 530 S.E.2d 128, 131 (Ct. App. 2000) (stating "issues not argued or supported by authority are deemed abandoned and will not be considered on appeal").

**AFFIRMED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.